No. 22-1298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Aug 29, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| KYLE BRANDON RICHARDS, ) | |
| ) | |
|    Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| THOMAS PERTTU, Residential Unit Manager, ) | |
| ) | |
|    Defendant-Appellee. ) | |

The Court directs counsel for both parties to submit simultaneous supplemental briefing addressing the following issue:

1. Whether the Seventh Amendment requires a jury to decide disputed questions of fact relating to exhaustion under the Prison Litigation Reform Act when exhaustion is intertwined with the merits of the underlying dispute?

Supplemental briefs shall be filed no later than **September 28, 2023**, and shall not exceed 15 pages or 6,500 words in length.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk